# Court of Appeals
# of the State of Georgia

ATLANTA, May 09, 2024

*The Court of Appeals hereby passes the following order:*

### A24D0336. ALL STATES AG PARTS, LLC d/b/a PARTS ASAP et al v. ARIS GET, LLC et al.

The plaintiffs in this civil action filed an application for discretionary appeal seeking review of the trial court's order denying their motion for an interlocutory injunction and a temporary restraining order. No application is required, however, because the denial of an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Jones v. Peach Trader*, 302 Ga. 504, 511 (III) (807 SE2d 840) (2017). As part of such an appeal, all rulings within that order and any other non-final rulings entered in the case may also be raised. See OCGA § 5-6-34 (d).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. The plaintiffs shall have ten days from the date of this order to file a notice of appeal in the trial court if they have not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/09/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.